IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOHNNY CRUMP, #95522**                                                                                           **PLAINTIFF**

**VERSUS**                                                                     **CIVIL ACTION NO. 3:09-cv-118-HTW-LRA**

**MIKE SMITH, et al.**                                                                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the Orders of this Court.

SO ORDERED, this the 29th day of July, 2009.

                                                  s/ HENRY T. WINGATE
                                                  CHIEF UNITED STATES DISTRICT JUDGE